**JS-6**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

TINA ASATURIAN,

           Petitioner,

              v.

CYNTHIA ARMANT, WARDEN
DESERT VIEW FACILITY 10450
RANCHO ROAD ADELANTO, CA
92301,

           Respondent.

Case No. 2:26-cv-02384-MCS-PD

**JUDGMENT**

Pursuant to the Stipulated Order Granting Petition and Entry of Judgment, IT IS ADJUDGED that the petition under 28 U.S.C. § 2241 is granted, with no further proceedings, consistent with the reasons and findings set forth in this Court's March 12, 2026 order granting in part a temporary restraining order, Dkt. No. 7.

DATED: May 1, 2026

_Mark C. Scarsi_

_____

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE